# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135297

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                   SC: 135297
                                   COA: 278630
                                   Wayne CC: 06-007640-01;
                                   06-011446-01; 06-0011448-01

ANTHONY DARRYL JAMES,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 28, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

_____
Clerk

p0211